PEOPLE ex rel. DE BELPRAT, Appellant, v. SCHOOL BOARD OF BOROUGH OF RICHMOND, Respondent. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Proceedings by the people of the state of New York, on the relation of Alma H. De Belprat, against the school board of the borough of Richmond, city of New York. No opinion. Order affirmed, without costs, and without prejudice to relator to renew her application at the special term, upon proof of bad faith in her removal. All concur, except SEWELL, J., taking no part.

PEOPLE ex rel. DELAVAN, Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Proceedings by the people of the state of New York, on the relation of Edward C. Delavan, against Thomas L. Feitner and others. E. C. Delavan, Jr., for appellant. G. S. Coleman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. GRAY et al., Appellants, v. SCOTT et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Proceedings by the people of the state of New York, on the relation of Milo J. Gray and others, against Isaac N. Scott and others. No opinion. Judgment (64 N. Y. Supp. 970) affirmed, with costs.

PEOPLE ex rel. HURLEY v. ROOSEVELT et al. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Proceedings by the people of the state of New York, on the relation of Joseph H. Hurley, against Theodore Roosevelt and others. G. W. Stephens, for relator. T. Farley, for respondents. No opinion. Proceedings affirmed, and writ dismissed, with costs.

PEOPLE ex rel. SEAMAN v. SMITH et al., Board of Audit. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Proceedings by the people of the state of New York, on the relation of James M. Seaman, against Lorenzo R. Smith and others, constituting the board of audit of the town of Hempstead, in Nassau county. No opinion. Motion for reargument denied.

PEOPLE ex rel. SMITH v. HOFFMAN et al. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Proceedings by the people of the state of New York, on the relation of Clinton H. Smith, against Edward M. Hoffman and others. No opinion. Motion denied.

PEOPLE ex rel. STONE, Appellant, v. DALTON, Water-Supply Com'r, et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Proceedings by the people of the state of New York, on the relation of Henry A. Stone, against William Dalton, as commissioner of water supply, etc., and another. No opinion. Interlocutory judgment (66 N. Y. Supp. 229) affirmed, with costs, on opinion of CHESTER, J. All concur, except SEWELL, J., taking no part.

PEOPLE ex rel. STREUBEL, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Proceedings by the people of the state of New York, on the relation of William E. Streubel, against Bernard J. York and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PETERSON v. BRONX CO. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by John Peterson against the Bronx Company. No opinion. Motion denied, with $10 costs.

PETERSON, Respondent, v. WEINPAHL, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Otto F. Peterson against Charles Weinpahl. No opinion. Judgment of the municipal court affirmed, with costs. All concur, except SEWELL, J., taking no part.

PHILLIPINES CO., Appellant, v. KIMBALL et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by the Phillipines Company against Amos S. Kimball and others. No opinion. Order (67 N. Y. Supp. 970) affirmed with $10 costs and disbursements, on opinion of GOODRICH, P. J. All concur, except SEWELL, J., taking no part.

PICKERT, Respondent, v. ROCHESTER PRINTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Charles F. Pickert against the Rochester Printing Company. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event.

PICKETT, Respondent, v. TOWN OF WEST MONROE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Garrett Pickett against the town of West Monroe. No opinion. Judgment and order affirmed, with costs.